United States District Court
Eastern District of New York

---

**Castignoli, et al.**, :
: Civil Action
    Plaintiffs :
:
  v. : No. 20-cv-00140 (KAM)(ST)
:
**Imperial Painting & Fireproofing, Inc.**, :
:
    Defendant :

---

**Motion for Default Judgment**

---

  The plaintiffs, (a) **Gino Castignoli** and **Michael Salgo**, as trustees on their own behalf and on behalf of the other trustees of the Northeast District Council of the Operative Plasterers and Cement Masons International Association Trust Fund, Annuity Fund, Apprenticeship Fund, and Labor Management Fund, and (b) **Gino Castignoli**, as trustee on his own behalf and on behalf of the other trustees of the Plasterers Local 262 Pension Fund, hereby move the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter judgment in favor of the plaintiffs and against the defendant, **Imperial Painting & Fireproofing, Inc.**, on the grounds that the defendant failed to answer or otherwise defend against the complaint.

                 Respectfully submitted,

 September 13, 2020         /s/ R. Matthew Pettigrew, Jr.
    Date             R. Matthew Pettigrew, Jr. (RP-9788)
                  Markowitz & Richman
                  123 South Broad Street – Suite 2020
                  Philadelphia, PA  19109
                  215-875-3132
                  mpettigrew@markowitzandrichman.com
                  *Attorneys for Plaintiffs*