United States District Court
Eastern District of New York

---

**Castignoli, et al.**,  :
                        :   Civil Action
            Plaintiffs  :
                        :
      v.                :   No. 20-cv-00140 (KAM)(ST)
                        :
**Imperial Painting & Fireproofing, Inc.**,  :
                        :
            Defendant   :

---

**Joint Motion for Sixty-Day Administrative Termination and
Notice of Settlement**

---

The parties to the above-captioned action, through their attorneys, hereby (1) notify the Court that they have agreed to the terms of a settlement of the action and (2) request that the Court issue a sixty-day Order administratively terminating the case.

Within sixty days after entry of the administrative termination Order, counsel will file all papers necessary to dismiss the case without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A proposed form of Order is included with this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Matthew Pettigrew, Jr. | /s/ Daniel E. Kane |
| R. Matthew Pettigrew, Jr. | Daniel E. Kane |
| Markowitz & Richman | Kane Law, P.C. |
| 123 South Broad Street – Suite 2020 | 44 Court Street – Suite 1217 |
| Philadelphia, PA 19109 | Brooklyn, NY 11201 |
| 215-875-3132 | 877-455-6552 |
| Date:  June 21, 2021 | Date:  June 21, 2021 |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |