UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gino Castignoli and Michael Salgo, as Trustees on their own behalf and on behalf of the other Trustees of the Northeast District Council of the Operative Plasterers, and Cement Masons International Association Trust Fund, Annuity Fund, Apprenticeship Fund, and Labor Management Fund and Gino Castignoli, as Trustee on his own behalf and on behalf of the other Trustees of Plasterers Local 262 Pension Fund,<br><br>Plaintiffs,<br><br>v.<br><br>Imperial Painting & Fireproofing, Inc.,<br><br>Defendants. | Civil Action No. 20-cv-00140(KAM)(ST)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiffs Gino Castignoli and Michael Salgo, as Trustees on their own behalf and on behalf of the other Trustees of the Northeast District Council of the Operative Plasterers, and Cement Masons International Association Trust Fund, Annuity Fund, Apprenticeship Fund, and Labor Management Fund and Gino Castignoli, as Trustee on his own behalf and on behalf of the other Trustees of Plasterers Local 262 Pension Fund and Defendant Imperial Painting & Fireproofing, Inc., through their undersigned counsel, that this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

1

Dated: New York, New York
July 22, 2022

By: _____
Steven C. Farkas, Esq.

COLLERAN, O'HARA & MILLS LLP
100 Crossways Park Drive W
Suite 200
Woodbury, New York 11797
(516) 248-5757
Email: scf@cohmlaw.com
*Attorneys for Plaintiffs*

Dated: New York, New York
July 21, 2022

By: _____
Daniel E. Kane, Esq.

DANIEL E. KANE, P.C.
2070 Trumbauersville Road
Quakertown, PA 18957
(877) 455-6558
Email: dkane@lawkane.com
*Attorneys for Defendant
Imperial Painting & Fireproofing, Inc.,*

SO ORDERED:

*Kiyo A. Matsumoto, USDJ*
_____
**U.S.D.J. KIYO A. MATSUMOTO**

**DATE: JULY 22, 2022**